# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| A. Philip Randolph Institute of Ohio, et al <br> *Plaintiff* <br> v. <br> Frank LaRose, in his official capacity <br> *Defendant* | ) <br> ) <br> ) Case No. 20-cv-1908 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
A. Philip Randolph Institute of Ohio, League of Women Voters of Ohio, Ohio State Conference of the NAACP, Beatrice Griffin, Sarah Rikleen, C. Ellen Connally, Matthew Nowling, Ryllie Jesionowski, Soli Collins, and Marcus Germany

Date: 08/31/2020

/s/ David J. Carey
*Attorney's signature*

David J. Carey (0088787)
*Printed name and bar number*

ACLU of Ohio Foundation
1108 City Park Ave.
Ste. 203
Columbus, OH 43206
*Address*

dcarey@acluohio.org
*E-mail address*

(614) 586-1972
*Telephone number*

(614) 586-1974
*FAX number*