AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| A. Philip Randolph Institute of Ohio, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20cv01908-DAP |
| Frank LaRose | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Frank LaRose, Ohio Secretary of State.

Date: 08/31/2020

/s/ Michael Sliwinski
*Attorney's signature*

Michael Sliwinski (0076728)
*Printed name and bar number*

Ohio Attorney General
Managing Attorney - Cleveland
615 W. Superior Avenue, 11th Floor
Cleveland, Ohio 44113
*Address*

Charles.Miller@OhioAttorneyGeneral.gov
*E-mail address*

(216) 787-3097
*Telephone number*

(866) 408-7693
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.

*/s/ Michael Sliwinski*
Michael Sliwinski (0076728)
Managing Attorney - Cleveland