# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| A. PHILIP RANDOLPH INSTITUTE OF OHIO *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FRANK LAROSE, in his official capacity as Secretary of State of Ohio, <br><br> Defendant. | Civil Action No. 1:20-cv-01908 <br><br> Judge Dan Aaron Polster |

## MOTION TO INTERVENE OF DONALD J. TRUMP FOR PRESIDENT, INC., THE OHIO REPUBLICAN PARTY, THE REPUBLICAN NATIONAL COMMITTEE, AND THE NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE

Pursuant to Federal Rule of Civil Procedure 24, Donald J. Trump for President, Inc., the Ohio Republican Party, the Republican National Committee, and the National Republican Congressional Committee (the "Republican Committees") move for leave to intervene as party defendants. Intervention is warranted for the reasons set forth in the accompanying memorandum in support. In addition, as required by Rule 24(c), the Republican Committees have attached a proposed Answer to Plaintiffs' Complaint.

Dated: September 10, 2020 Respectfully submitted,

s/ *Christopher M. McLaughlin*
Christopher M. McLaughlin (0078186)
E-mail: cmmclaughlin@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

John M. Gore*
E-mail: jmgore@jonesday.com
E. Stewart Crosland*
E-mail: scrosland@jonesday.com
Stephen J. Kenny*
E-mail: skenny@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Attorneys for Proposed Intervenor-Defendants*

**Pro hac vice* application forthcoming

## CERTIFICATE OF SERVICE

I certify that on September 10, 2020, a copy of the foregoing Motion to Intervene was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ *Christopher M. McLaughlin*
*Attorney for Proposed Intervenor-Defendants*