Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF OHIO
 3
 4              ~~~~~~~~~~~~~~~~~~~~
 5   A. PHILIP RANDOLPH INSTITUTE
 6   OF OHIO, et al.,
 7
 8              Plaintiffs,
 9
10      vs.           Case No.  1:20-cv-1908
11
12   FRANK LaROSE, in his official
13   capacity as Ohio Secretary of State,
14
15
16              Defendant.
17              ~~~~~~~~~~~~~~~~~~~~
18                Zoom Deposition of
19                  THOMAS ROBERTS
20
21              September 18, 2020
                    12:10 p.m.
22                  Taken at:
               Veritext Legal Solutions
23                Columbus, Ohio
24           Joyce Lynn Shannon, RPR
25
```

Defendant's Exhibit P

Page 2

```
 1   APPEARANCES:
 2
 3      On behalf of the Plaintiff:
 4         (Via Zoom)
 5         Dechert, LLP, by
 6         THEODORE YALE, ESQ.
 7         Cira Centre
 8         2929 Arch Street
 9         Philadelphia, Pennsylvania  19104
10         (215) 994-2455
11         Theodore.yale@dechert.com
12            and
13         Lawyers' Committee for Civil Rights
14         Under Law, by
15         (Via Zoom)
16         POOJA CHAUDHURI, ESQ.
17         1500 K Street, N.W.
18         Washington, D.C.  20005
19         (202) 662-8600
20         Pchaudhuri@lawyerscommittee.org
21            and
22
23
24
25
```

Page 3

```
 1   APPEARANCES, Continued:
 2
 3         ACLU of Ohio Foundation, by
 4         (Via Zoom)
 5         DAVID CAREY, ESQ.
 6         1108 City Park Avenue, Suite 203
 7         Columbus, Ohio  43215
 8         (614) 586-1958
 9         Dcarey@acluohio.org
10
11      On behalf of the Defendant:
12         David Yost, Ohio Attorney General,
13         by
14         (Via Zoom)
15         CHARLES MILLER, ESQ.
16         MICHAEL SLIWINSKI, ESQ.
17         30 East Broad Street, 16th Floor
18         Constitutional Offices Section
19         Columbus, Ohio  43215
20         Charles.miller@ohioattorneygeneral.gov
21         Michael.sliwinski@ohioattorneygeneral.gov
22
23
24
25
```

Page 4

```
 1   APPEARANCES, Continued:
 2
 3      On behalf of the Intervenor Defendants:
 4         (Via Zoom)
 5         Jones Day, by
 6         STEPHEN KENNY, ESQ.
 7         51 Louisiana Avenue NW
 8         Washington, D.C.  20001
 9         (202) 626-1700
10         skenny@jonesday.com
11
12            ~ ~ ~ ~ ~
```

Page 5

```
 1         TRANSCRIPT INDEX
 2
 3   APPEARANCES..............................  2
 4
 5   EXAMINATION OF THOMAS ROBERTS
 6   By Mr. Miller............................  6
 7   By Ms. Chaudhuri.........................  17
 8
 9   REPORTER'S CERTIFICATE...................  22
10
11   EXHIBIT CUSTODY:
12   NO EXHIBITS MARKED
```

Page 6

1  THOMAS ROBERTS, of lawful age, called for
2  examination, as provided by the Federal Rules
3  of Civil Procedure, being by me first duly
4  sworn, as hereinafter certified, deposed and
5  said as follows:
6         EXAMINATION OF THOMAS ROBERTS
7  BY MR. MILLER:
8      Q.  Mr. Roberts, I'm Charles Miller.
9  I'm Counsel for the Defendant in this matter.
10 Thank you for making yourself available for
11 this deposition.
12     A.  Thank you.
13     Q.  Sure.  Have you been deposed
14 before?
15         Do you kind of know how this works?
16     A.  I have not been deposed before, but
17 I know how it works.
18     Q.  Okay.  The most important thing is
19 that the Court Reporter is creating a written
20 transcript, so if you could just use words to
21 answer, and not nods of the head or other
22 utterances, it will make her job a lot easier.
23     A.  Okay.
24     Q.  All right.  Can you tell me what
25 your role is with the NAACP of Ohio?

Page 7

1      A.  Sure.  I am the President of the
2  Ohio Conference of the NAACP.  Structurally,
3  the NAACP, we only have one board, and that's
4  the National Board of Directors.  And the State
5  Conferences get their directives or guidelines
6  or initiatives from the State Office President
7  and CEO, Derrick Johnson.  So as the President,
8  I operate as almost a manager of the 38 units
9  in Ohio to make sure they follow the
10 initiatives and the guidelines of the National
11 Board.
12     Q.  Okay.  Great.  And your
13 organization is a Plaintiff in this matter; is
14 that correct?
15     A.  Yes.
16     Q.  All right.  And can you explain to
17 me why your organization chose to join this
18 matter?
19     A.  Well, the NAACP is probably the
20 oldest, largest, as we say, boldest civil
21 rights organization in the nation.  And one of
22 our overarching missions is to make sure that
23 the voters are educated, to make sure the
24 voters' Civil Rights are not violated.  And so
25 our job, our mission at the NAACP is to be

Page 8

1  advocates.  And we have seven we call them game
2  changers, and one of those is civic engagement,
3  and so part of the civic engagement is to make
4  sure voters are educated, voters know their
5  rights.  And then on some occasions we will do
6  voter protection coalitions to make sure that
7  we know and they know and the Boards of
8  Elections know what's going on in the various
9  cities.
10     Q.  All right.  Thank you for that
11 great explanation of the role of the
12 organization.
13         I just want to revisit my question
14 kind of specifically about this case.
15         You know, can you explain to me why
16 the organization wants to have a Court order
17 additional ballot dropoff locations?
18     A.  Well, I think the overarching issue
19 today is COVID-19.
20     Q.  Right.
21     A.  The three ways that our voters are
22 used to voting are still in place.  What the
23 barrier today is, with COVID-19, fewer and
24 fewer voters are interested in being in contact
25 with other voters, and so for us to be able to

Page 9

1  vote by the drop boxes is critically important
2  for those voters, like me, who are over 65, who
3  are deeply concerned about being in contact
4  with other people over a long period of time.
5  So for me, the issue of being able to have
6  multiple drop boxes makes a lot of sense for
7  health reasons, but also for accessibility
8  reasons, as well.
9      Q.  Okay.  The statement that it "makes
10 a lot of sense," you know, I can understand why
11 you say that, but my question is, does that
12 mean you simply view that as a good policy or
13 is there some need for it?
14         MS. CHAUDHURI:  Objection to form.
15         You can answer, if you can.
16     A.  Well, I'm not clear on the
17 question, and so that's why -- if you can
18 ask --
19     Q.  That's fair.
20         So basically the way that I
21 understood your answer, it sounded like you're
22 saying that it would be a good idea if there
23 were more drop boxes, and, therefore, you're in
24 favor of more drop boxes.
25         Is that an accurate understanding?

Defendant's Exhibit P

Page 10

1   A. Yeah, I think the overarching issue
2 has to be, because of COVID-19, the other
3 options have become less and less of -- I guess
4 less and less to some voters, and especially
5 with the issues that some voters are perceiving
6 with the Post Office, and so the idea of having
7 accessible drop boxes in the neighborhoods
8 makes a lot more sense than driving all the way
9 downtown to the Boards of Elections to drop off
10 your ballot.
11   Q. Sure. And, you know, I'm not going
12 to disagree with that statement. And I'm not
13 looking to disagree with that in my question.
14      But what my question is, you know,
15 assuming that that's a given, that it would be
16 better to have more drop boxes, what will
17 happen with respect to your organization's
18 mission here and the voters if there aren't
19 more drop boxes?
20   A. It would just mean -- we're a
21 volunteer organization. I'm volunteer State
22 President. All of the members in the Ohio
23 units are volunteers. So it simply means that
24 we would have to spend more of our resources
25 time-wise educating the public, educating our

Page 11

1 members and putting together a plan, an
2 initiative that would help voters understand
3 there's only one place to vote by directive of
4 the Secretary of State, and we need to follow
5 that, and so that will lead to other issues.
6 But that's basically what I'm looking at.
7      It would mean more resources and
8 more time and energy on my part as a volunteer
9 organization to mobilize our units and mobilize
10 our voters on this issue of one drop box per
11 county.
12   Q. Okay. All right. Mr. Roberts,
13 just to kind of help me with this, what county
14 are you located in personally?
15   A. Montgomery County.
16   Q. Montgomery.
17      Right now I'm down in Hamilton
18 county. And, you know, historically there's
19 been a lot of effort that's gone into getting
20 voters to vote early in person, you know,
21 concerts at the Board of Elections down here,
22 Souls to the Polls on certain Sundays when
23 they're available.
24      Are you familiar with the efforts
25 like that?

Page 12

1   A. Yes. And we do that statewide.
2 Yes. President Richardson and Joe Mallory do a
3 very effective job in the Hamilton County area.
4   Q. Yes. Yes, they do. And, you know,
5 I think we all miss the good Judge who recently
6 passed, as well. It's always been good to see
7 him out and around at the events. You know, so
8 it's an outstanding organization down here.
9      So, you know, historically you had
10 efforts like that that happened. Now there's
11 COVID. And you're saying that now you'll have
12 to educate to vote at that one location.
13      But wasn't that type of education
14 happening already with respect to these other
15 type of events, like "Go to the Board of
16 Elections to vote"?
17      MS. CHAUDHURI: Objection.
18   A. To some degree. But because of
19 what we expect to be the early vote turnout at
20 the Boards of Elections or unit drop box, it
21 will increase that number, and so I think we
22 expect over 50 percent of people to vote in
23 advance. And the more you put COVID in their
24 face -- I think that's what's missing in the
25 conversation, is COVID. People don't want to

Page 13

1 come in contact with other people, and so the
2 more you put that in their face, the more
3 they're going to look for ways to vote without
4 coming in contact with other people. And so
5 that's why the drop boxes -- multiple drop
6 boxes are critical to this conversation.
7   Q. And if the Plaintiffs were to
8 succeed in this location or, you know, through
9 other means, multiple drop boxes were added,
10 what would your organizations do to educate
11 voters about those additional drop boxes?
12   A. It would depend on what the
13 answer -- what the outcomes would be. But
14 let's say if we followed the example of
15 Cuyahoga, when they said we would put people in
16 the libraries, just as they do the nursing
17 homes, one D and one R at the library to vote.
18 And we would encourage people to keep their
19 distance. But that's an easy, accessible spot
20 to drop off your ballot, drop it off at the
21 library. Hopefully it would be outdoors. You
22 drop it off in an outbox and move on. And so
23 we would educate them from that point of view,
24 depending on what Boards of Election.
25      Because what I'm thinking is,

4 (Pages 10 - 13)

Defendant's Exhibit P

Page 14

1  Boards of Election would be thinking of these
2  ways to make it accessible to voters.  And just
3  as Cuyahoga did, other counties would come up
4  with some other creative ways in order for that
5  to happen.
6      Q.   And it sounds like you're
7  comfortable and supportive of what I would call
8  a multi-lateral approach of different boards
9  doing different things.
10         That is something that your
11  organization would be comfortable with?
12     A.   Well, I think there has to be some
13  uniformity.  But the sizes of communities'
14  counties, there's a big difference between the
15  size of a small -- I think Holmes might be one
16  of the counties we're often compared to, small
17  and large counties.  You know, so I think that
18  would be one place.
19         But I think I'm okay with having
20  what the community is easy at doing, what the
21  community is well prepared to do.  And so if it
22  means dropping them off at the government
23  center, you know, in the mailbox at the
24  government center, as we do some of our utility
25  bills, that's one way, or others ways, at the

Page 15

1  library, like Cuyahoga.  So I'm just saying
2  yes, to make it as easy and as accessible to
3  voters to vote close to their homes, close to
4  their neighborhoods is what I think our
5  organization would be very supportive of.
6      Q.   Okay.  And you're supportive of
7  what we can call the Cuyahoga Plan, which is
8  manned locations during office hours?
9      A.   I think for security reasons and
10 for those reasons, some form of that would be
11 necessary, some form of that would be
12 necessary.  For example, when you vote in the
13 nursing home, now they're going to put a D and
14 an R at the nursing homes under the direction
15 of the director of that nursing home or the
16 social person at the nursing home.  They will
17 be supervising it.  But those kinds of ways I
18 think would be acceptable.
19         (Thereupon, Mr. Sliwinski
20         entered the Zoom Meeting.)
21     Q.   Do you have concerns if there are
22 unmanned drop boxes that are put out that?
23         You know, again, I'm in Cincinnati,
24 so say in Avondale or something, that there
25 could be some ne'er-do-well that could come in

Page 16

1  and do something to tamper with those or
2  destroy ballots in there or things of that
3  nature.
4      A.   No, I'm not as concerned with that.
5      Q.   Okay.  But you're supportive of
6  having the manned locations, like you just
7  described?
8      A.   Yes.  But I don't want that to then
9  be another barrier, "We don't have the manpower
10 to do that," and so that's why I'm kind of
11 being cautious.  I want that to happen.  I want
12 there to be multiple sites.  And I think if you
13 do like what Cuyahoga did, that makes a lot of
14 sense.
15     Q.   And let's say multiple drop boxes
16 are allowed.  So you're in Montgomery County.
17 Let's say that there's several drop boxes along
18 Montgomery County, and Warren County has a few,
19 and Butler County, but some of those are
20 located near county lines or in municipalities
21 that may be across county lines, you know,
22 like -- I can't remember -- there's one like
23 down near Sugar Creek Township that's there on
24 the outer belt.  I can't think of the name of
25 the town now.  Centerville or something.  But

Page 17

1  there's one that kind of crosses county lines.
2          Would you make efforts to educate
3  voters, you know, to "Make sure that you vote
4  in the drop box for the county that you're in"?
5      A.   Well, part of our mission as the
6  NAACP is to educate the voters on any and every
7  aspect.  If that becomes an issue, then
8  certainly we would be responsible to do that
9  education, yes.
10     Q.   Okay.  Let me just take a couple
11 minutes to kind of review my notes here and see
12 if I have any other questions, if you don't
13 mind, sir.
14     A.   Okay.
15     Q.   Thank you.
16         (Discussion had off record.)
17         MR. MILLER:  I don't think I have
18 any other questions for you, sir.
19         (Discussion had off record.)
20         - - - - -
21     EXAMINATION OF THOMAS ROBERTS
22 BY MS. CHAUDHURI:
23     Q.   I just have a couple of really
24 quick questions for you, Tom.
25     A.   Okay.

5 (Pages 14 - 17)

Page 18

1  Q. So you mentioned in your
2 declaration that the Ohio NAACP, and I think
3 that's 13 -- Paragraph 13 of your
4 declaration -- or, actually, it's not numbered,
5 but it's after 13 -- that most of the members
6 the NAACP serves are black.
7     Is that accurate?
8  A. Yes. Yes. You know, race is not a
9 requirement, and I think in our mission we say
10 we represent all people, so it's not -- in
11 fact, our founders were of multi-color. But,
12 yes, primarily our membership are
13 African-Americans.
14  Q. Great. And you said that the
15 majority of your members are 50-plus; is that
16 accurate?
17  A. Actually, very accurate. I am 67.
18 I don't look it. But I will say most of our
19 members are 50 and above. I will say 65 and
20 above, but yes.
21  Q. And you said that a lot of them do
22 suffer from comorbidities such as --
23  A. High blood pressure, heart issues,
24 all of those things that COVID-19 scare us
25 about, we've got Type 2 diabetics, so all those

Page 19

1 things that COVID scares us is what I was
2 talking about.
3  Q. And would those members be hesitant
4 to vote in person because of those
5 comorbidities?
6  A. Most definitely. We've had these
7 conversations statewide, and that's the big
8 concerning. And that's why we are very, very
9 much supportive of multiple drop boxes per
10 county.
11  Q. You said in Paragraph 17 of your
12 declaration that black communities and cities
13 that are your constituents live far from the
14 Boards of Elections, they don't have cars, and
15 public transportation is the only way for them
16 to get to their Boards of Elections, but public
17 transportation may be hazardous because of the
18 pandemic and many members don't want to use
19 mass transit; is that accurate?
20  A. That's very accurate, yes.
21  Q. And so how would having more drop
22 boxes help those members?
23  A. Well, accessible, close to home,
24 you know, in the neighborhood, almost like
25 taking a walk down the street to drop it off in

Page 20

1 the mailbox or drive my car down the street to
2 drop it off, so it's very accessible, close to
3 home.
4  Q. And would you say some of those
5 members may not end up voting if they don't
6 have a ballot drop box close by?
7     MR. MILLER: Objection,
8 speculation.
9     You can answer, sir.
10  A. It's been my experience over 30
11 years that when you put barriers and multiple
12 barriers in front of voters, they are skittish
13 when it comes to voting, and so that's why
14 removing as many barriers as possible would be
15 NAACP'S preference.
16  Q.
17     MS. CHAUDHURI: Thanks, Tom. I
18 have no further questions.
19     MR. MILLER: Sir, I don't have any
20 follow-up questions, so we're done.
21     - - - - -
22     (Deposition concluded at 12:37 p.m.)
23     - - - - -
24
25

Page 21

1 Whereupon, counsel was requested to give
2 instruction regarding the witness's review of
3 the transcript pursuant to the Federal Rules.
4
5     SIGNATURE:
6 Transcript review was requested pursuant to the
7 applicable Federal Rules of Civil Procedure.
8
9     TRANSCRIPT DELIVERY:
10 Counsel was requested to give instruction
11 regarding delivery date of transcript.

6 (Pages 18 - 21)

Defendant's Exhibit P

Page 22

```
 1        REPORTER'S CERTIFICATE
 2  The State of Ohio,   )
 3                       SS:
 4  County of Cuyahoga.  )
 5
 6        I, Joyce Lynn Shannon, RPR, a
 7  Notary Public within and for the State of Ohio,
 8  duly commissioned and qualified, do hereby
 9  certify that the within named witness, THOMAS
10  ROBERTS, was by me first duly sworn to testify
11  the truth, the whole truth and nothing but the
12  truth in the cause aforesaid; that the
13  testimony then given by the above-referenced
14  witness was by me reduced to stenotypy in the
15  presence of said witness; afterwards
16  transcribed, and that the foregoing is a true
17  and correct transcription of the testimony so
18  given by the above-referenced witness.
19        I do further certify that this
20  deposition was taken at the time and place in
21  the foregoing caption specified and was
22  completed without adjournment.
23
24
25
```

Page 23

```
 1        I do further certify that I am not
 2  a relative, counsel or attorney for either
 3  party, or otherwise interested in the event of
 4  this action.
 5        IN WITNESS WHEREOF, I have hereunto
 6  set my hand and affixed my seal of office at
 7  Cleveland, Ohio, on this 18th day of
 8  September, 2020.
 9
10
11
12
13       [signature: Joyce Lynn Shannon]
14       Joyce Lynn Shannon, RPR, Notary
15       Public within and for the State of
16       Ohio
17
18  My commission expires December 21, 2020.
19
20
21
22
23
24
25
```

Page 24

```
 1          Veritext Legal Solutions
              1100 Superior Ave
 2              Suite 1820
              Cleveland, Ohio 44114
 3           Phone: 216-523-1313
 4
    September 19, 2020
 5
    To: POOJA CHAUDHURI
 6
    Case Name: A. Phillip Randolph Institute Of Ohio, Et Al. v. LaRose,
 7  Frank, etc.
 8  Veritext Reference Number: 4263593
 9  Witness:  Thomas Roberts     Deposition Date:  9/18/2020
10
    Dear Sir/Madam:
11
12  Enclosed please find a deposition transcript.  Please have the witness
13  review the transcript and note any changes or corrections on the
14  included errata sheet, indicating the page, line number, change, and
15  the reason for the change.  Have the witness' signature notarized and
16  forward the completed page(s) back to us at the Production address
    shown
17
    above, or email to production-midwest@veritext.com.
18
19  If the errata is not returned within thirty days of your receipt of
20  this letter, the reading and signing will be deemed waived.
21
    Sincerely,
22
    Production Department
23
24
25  NO NOTARY REQUIRED IN CA
```

Page 25

```
 1           DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
 2
    ASSIGNMENT REFERENCE NO: 4263593
 3  A. Phillip Randolph Institute Of Ohio, Et Al. v. LaRose, Frank
    DATE OF DEPOSITION: 9/18/2020
 4  WITNESS' NAME: Thomas Roberts
 5     In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me.
 7     I have made no changes to the testimony
    as transcribed by the court reporter.
 8
    _____   _____
 9  Date              Thomas Roberts
10     Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
       Statement; and
14     Their execution of this Statement is of
       their free act and deed.
15
       I have affixed my name and official seal
16
    this _____ day of_____, 20____.
17
                   _____
18                 Notary Public
19
                   _____
                   Commission Expiration Date
20
21
22
23
24
25
```

Defendant's Exhibit P

Page 26

```
 1        DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
 2
   ASSIGNMENT REFERENCE NO: 4263593
 3 A. Phillip Randolph Institute Of Ohio, et al. v. LaRose Frank
   DATE OF DEPOSITION: 9/18/2020
 4 WITNESS' NAME: Thomas Roberts
 5     In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
 6 my testimony or it has been read to me.
 7     I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
 8 well as the reason(s) for the change(s).
 9     I request that these changes be entered
   as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____    _____
     Date               Thomas Roberts
14
       Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18     in the appended Errata Sheet;
       They signed the foregoing Sworn
19     Statement; and
       Their execution of this Statement is of
20     their free act and deed.
21     I have affixed my name and official seal
22 this _____ day of_____, 20____.
23     _____
             Notary Public
24
       _____
25     Commission Expiration Date
```

Page 27

```
 1           ERRATA SHEET
         VERITEXT LEGAL SOLUTIONS MIDWEST
 2         ASSIGNMENT NO: 4263593
 3 PAGE/LINE(S) /    CHANGE    /REASON
 4 _____
 5 _____
 6 _____
 7 _____
 8 _____
 9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
   _____    _____
20 Date                Thomas Roberts
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23 _____
              Notary Public
24
   _____
25     Commission Expiration Date
```

Defendant's Exhibit P

**1**
**1100** 24:1
**1108** 3:6
**12:10** 1:21
**12:37** 20:22
**13** 18:3,3,5
**13054** 23:13
**1500** 2:17
**16th** 3:17
**17** 5:7 19:11
**18** 1:20
**1820** 24:2
**18th** 23:7
**19** 8:19,23 10:2
  18:24 24:4
**1908** 1:10
**19104** 2:9
**1:20** 1:10

**2**
**2** 5:3 18:25
**20** 25:16 26:22
  27:22
**20001** 4:8
**20005** 2:18
**202** 2:19 4:9
**2020** 1:20 23:8,18
  24:4
**203** 3:6
**21** 23:18
**215** 2:10
**216-523-1313** 24:3
**22** 5:9
**2929** 2:8

**3**
**30** 3:17 20:10
**38** 7:8

**4**
**4263593** 24:8 25:2
  26:2 27:2

**43215** 3:7,19
**44114** 24:2

**5**
**50** 12:22 18:15,19
**51** 4:7
**586-1958** 3:8

**6**
**6** 5:6
**614** 3:8
**626-1700** 4:9
**65** 9:2 18:19
**662-8600** 2:19
**67** 18:17

**9**
**9/18/2020** 24:9
  25:3 26:3
**994-2455** 2:10

**a**
**able** 8:25 9:5
**acceptable** 15:18
**accessibility** 9:7
**accessible** 10:7
  13:19 14:2 15:2
  19:23 20:2
**accurate** 9:25 18:7
  18:16,17 19:19,20
**acknowledge**
  25:11 26:16
**aclu** 3:3
**acluohio.org** 3:9
**act** 25:14 26:20
**action** 23:4
**added** 13:9
**additional** 8:17
  13:11
**address** 24:16
**adjournment**
  22:22

**advance** 12:23
**advocates** 8:1
**affixed** 23:6 25:15
  26:21
**aforesaid** 22:12
**african** 18:13
**age** 6:1
**al** 1:6 24:6 25:3
  26:3
**allowed** 16:16
**americans** 18:13
**answer** 6:21 9:15
  9:21 13:13 20:9
**appear** 25:11
  26:15
**appearances** 2:1
  3:1 4:1 5:3
**appended** 26:11
  26:18
**applicable** 21:7
**approach** 14:8
**arch** 2:8
**area** 12:3
**aspect** 17:7
**assignment** 25:2
  26:2 27:2
**assuming** 10:15
**attached** 26:7
**attorney** 3:12 23:2
**authorize** 26:11
**available** 6:10
  11:23
**ave** 24:1
**avenue** 3:6 4:7
**avondale** 15:24

**b**
**back** 24:16
**ballot** 8:17 10:10
  13:20 20:6
**ballots** 16:2

**barrier** 8:23 16:9
**barriers** 20:11,12
  20:14
**basically** 9:20 11:6
**behalf** 2:3 3:11 4:3
**belt** 16:24
**better** 10:16
**big** 14:14 19:7
**bills** 14:25
**black** 18:6 19:12
**blood** 18:23
**board** 7:3,4,11
  11:21 12:15
**boards** 8:7 10:9
  12:20 13:24 14:1
  14:8 19:14,16
**boldest** 7:20
**box** 11:10 12:20
  17:4 20:6
**boxes** 9:1,6,23,24
  10:7,16,19 13:5,6
  13:9,11 15:22
  16:15,17 19:9,22
**broad** 3:17
**butler** 16:19

**c**
**ca** 24:25
**call** 8:1 14:7 15:7
**called** 6:1
**capacity** 1:13
**caption** 22:21
**car** 20:1
**carey** 3:5
**cars** 19:14
**case** 1:10 8:14
  24:6
**cause** 22:12
**cautious** 16:11
**center** 14:23,24
**centerville** 16:25

centre 2:7
ceo 7:7
certain 11:22
certainly 17:8
certificate 5:9
  22:1 26:11
certification 25:1
  26:1
certified 6:4
certify 22:9,19
  23:1
change 24:14,15
  26:8 27:3
changers 8:2
changes 24:13
  25:7 26:7,9
charles 3:15 6:8
charles.miller
  3:20
chaudhuri 2:16
  5:7 9:14 12:17
  17:22 20:17 24:5
chose 7:17
cincinnati 15:23
cira 2:7
cities 8:9 19:12
city 3:6
civic 8:2,3
civil 2:13 6:3 7:20
  7:24 21:7 25:5
  26:5
clear 9:16
cleveland 23:7
  24:2
close 15:3,3 19:23
  20:2,6
coalitions 8:6
color 18:11
columbus 1:23 3:7
  3:19

come 13:1 14:3
  15:25
comes 20:13
comfortable 14:7
  14:11
coming 13:4
commission 23:18
  25:19 26:25 27:25
commissioned
  22:8
committee 2:13
communities
  14:13 19:12
community 14:20
  14:21
comorbidities
  18:22 19:5
compared 14:16
completed 22:22
  24:16
concerned 9:3
  16:4
concerning 19:8
concerns 15:21
concerts 11:21
concluded 20:22
conference 7:2
conferences 7:5
constituents 19:13
constitutional
  3:18
contact 8:24 9:3
  13:1,4
continued 3:1 4:1
conversation
  12:25 13:6
conversations
  19:7
correct 7:14 22:17
corrections 24:13
  26:17

counsel 6:9 21:1
  21:10 23:2
counties 14:3,14
  14:16,17
county 11:11,13
  11:15,18 12:3
  16:16,18,18,19,20
  16:21 17:1,4
  19:10 22:4 25:10
  26:15
couple 17:10,23
court 1:1 6:19
  8:16 25:7
covid 8:19,23 10:2
  12:11,23,25 18:24
  19:1
creating 6:19
creative 14:4
creek 16:23
critical 13:6
critically 9:1
crosses 17:1
custody 5:11
cuyahoga 13:15
  14:3 15:1,7 16:13
  22:4
cv 1:10

**d**

d 13:17 15:13
d.c. 2:18 4:8
date 21:11 24:9
  25:3,9,19 26:3,13
  26:25 27:20,25
david 3:5,12
day 4:5 23:7 25:16
  26:22 27:22
days 24:19
dcarey 3:9
dear 24:10
december 23:18

dechert 2:5
dechert.com 2:11
declaration 18:2,4
  19:12
deed 25:14 26:20
deemed 24:20
deeply 9:3
defendant 1:16
  3:11 6:9
defendants 4:3
definitely 19:6
degree 12:18
delivery 21:9,11
department 24:22
depend 13:12
depending 13:24
deposed 6:4,13,16
deposition 1:18
  6:11 20:22 22:20
  24:9,12 25:1,3
  26:1,3
derrick 7:7
described 16:7
destroy 16:2
diabetics 18:25
difference 14:14
different 14:8,9
direction 15:14
directive 11:3
directives 7:5
director 15:15
directors 7:4
disagree 10:12,13
discussion 17:16
  17:19
distance 13:19
district 1:1,2
doing 14:9,20
downtown 10:9
drive 20:1

driving 10:8
drop 9:1,6,23,24
  10:7,9,16,19 11:10
  12:20 13:5,5,9,11
  13:20,20,22 15:22
  16:15,17 17:4
  19:9,21,25 20:2,6
dropoff 8:17
dropping 14:22
duly 6:3 22:8,10

e

early 11:20 12:19
easier 6:22
east 3:17
easy 13:19 14:20
  15:2
educate 12:12
  13:10,23 17:2,6
educated 7:23 8:4
educating 10:25
  10:25
education 12:13
  17:9
effective 12:3
effort 11:19
efforts 11:24
  12:10 17:2
either 23:2
election 13:24
  14:1
elections 8:8 10:9
  11:21 12:16,20
  19:14,16
email 24:17
enclosed 24:12
encourage 13:18
energy 11:8
engagement 8:2,3
entered 15:20 26:9
entire 25:5 26:5

errata 24:14,19
  26:7,10,18 27:1
especially 10:4
esq 2:6,16 3:5,15
  3:16 4:6
et 1:6 24:6 25:3
  26:3
event 23:3
events 12:7,15
examination 5:5
  6:2,6 17:21
example 13:14
  15:12
executed 26:10
execution 25:14
  26:19
exhibit 5:11
exhibits 5:12
expect 12:19,22
experience 20:10
expiration 25:19
  26:25 27:25
expires 23:18
explain 7:16 8:15
explanation 8:11

f

face 12:24 13:2
fact 18:11
fair 9:19
familiar 11:24
far 19:13
favor 9:24
federal 6:2 21:3,7
fewer 8:23,24
find 24:12
first 6:3 22:10
floor 3:17
follow 7:9 11:4
  20:20
followed 13:14

follows 6:5
foregoing 22:16
  22:21 25:13 26:18
form 9:14 15:10
  15:11
forward 24:16
foundation 3:3
founders 18:11
frank 1:12 24:7
  25:3 26:3
free 25:14 26:20
front 20:12
further 20:18
  22:19 23:1

g

game 8:1
general 3:12
getting 11:19
give 21:1,10
given 10:15 22:13
  22:18
go 12:15
going 8:8 10:11
  13:3 15:13
good 9:12,22 12:5
  12:6
government 14:22
  14:24
great 7:12 8:11
  18:14
guess 10:3
guidelines 7:5,10

h

hamilton 11:17
  12:3
hand 23:6
happen 10:17 14:5
  16:11
happened 12:10

happening 12:14
hazardous 19:17
head 6:21
health 9:7
heart 18:23
help 11:2,13 19:22
hereinafter 6:4
hereunto 23:5
hesitant 19:3
high 18:23
historically 11:18
  12:9
holmes 14:15
home 15:13,15,16
  19:23 20:3
homes 13:17 15:3
  15:14
hopefully 13:21
hours 15:8

i

idea 9:22 10:6
important 6:18
  9:1
included 24:14
incorporated
  26:12
increase 12:21
index 5:1
indicating 24:14
initiative 11:2
initiatives 7:6,10
institute 1:5 24:6
  25:3 26:3
instruction 21:2
  21:10
interested 8:24
  23:3
intervenor 4:3
issue 8:18 9:5 10:1
  11:10 17:7

| | | | |
|---|---|---|---|
| **issues** 10:5 11:5 18:23 | **lead** 11:5 **legal** 1:22 24:1 27:1 | **mass** 19:19 **matter** 6:9 7:13,18 | **naacp's** 20:15 **name** 16:24 24:6 25:4,15 26:4,21 |
| **j** | **letter** 24:20 **libraries** 13:16 | **mean** 9:12 10:20 11:7 **means** 10:23 13:9 | **named** 22:9 **nation** 7:21 |
| **job** 6:22 7:25 12:3 **joe** 12:2 **johnson** 7:7 **join** 7:17 **jones** 4:5 **jonesday.com** 4:10 **joyce** 1:24 22:6 23:14 **judge** 12:5 | **library** 13:17,21 15:1 **line** 24:14 26:7 27:3 **lines** 16:20,21 17:1 **listed** 26:7,17 **listing** 26:7 **live** 19:13 **llp** 2:5 **located** 11:14 16:20 | 14:22 **meeting** 15:20 **members** 10:22 11:1 18:5,15,19 19:3,18,22 20:5 **membership** 18:12 **mentioned** 18:1 **michael** 3:16 **michael.sliwinski** 3:21 | **national** 7:4,10 **nature** 16:3 **ne'er** 15:25 **near** 16:20,23 **necessary** 15:11 15:12 **need** 9:13 11:4 **neighborhood** 19:24 **neighborhoods** 10:7 15:4 |
| **k** | **location** 12:12 13:8 | **midwest** 24:17 27:1 | **nods** 6:21 **northern** 1:2 |
| **k** 2:17 **keep** 13:18 **kenny** 4:6 **kind** 6:15 8:14 11:13 16:10 17:1 17:11 **kinds** 15:17 **know** 6:15,17 8:4 8:7,7,8,15 9:10 10:11,14 11:18,20 12:4,7,9 13:8 14:17,23 15:23 16:21 17:3 18:8 19:24 | **locations** 8:17 15:8 16:6 **long** 9:4 **look** 13:3 18:18 **looking** 10:13 11:6 **lot** 6:22 9:6,10 10:8 11:19 16:13 18:21 **louisiana** 4:7 **lynn** 1:24 22:6 23:14 | **miller** 3:15 5:6 6:7 6:8 17:17 20:7,19 **mind** 17:13 **minutes** 17:11 **missing** 12:24 **mission** 7:25 10:18 17:5 18:9 **missions** 7:22 **mobilize** 11:9,9 **montgomery** 11:15,16 16:16,18 **move** 13:22 **multi** 14:8 18:11 **multiple** 9:6 13:5 13:9 16:12,15 19:9 20:11 **municipalities** 16:20 | **notarized** 24:15 **notary** 22:7 23:14 24:25 25:10,18 26:15,23 27:23 **note** 24:13 **notes** 17:11 **number** 12:21 24:8,14 **numbered** 18:4 **numbers** 26:7 **nursing** 13:16 15:13,14,15,16 **nw** 4:7 |
| **l** | **m** | | **o** |
| **large** 14:17 **largest** 7:20 **larose** 1:12 24:6 25:3 26:3 **lateral** 14:8 **law** 2:14 **lawful** 6:1 **lawyers** 2:13 **lawyerscommitt...** 2:20 | **madam** 24:10 **mailbox** 14:23 20:1 **majority** 18:15 **making** 6:10 **mallory** 12:2 **manager** 7:8 **manned** 15:8 16:6 **manpower** 16:9 **marked** 5:12 | **n** **n.w.** 2:17 **naacp** 6:25 7:2,3 7:19,25 17:6 18:2 18:6 | **objection** 9:14 12:17 20:7 **occasions** 8:5 **office** 7:6 10:6 15:8 23:6 **offices** 3:18 **official** 1:12 25:15 26:21 |

**ohio**  1:2,6,13,23
    3:3,7,12,19 6:25
    7:2,9 10:22 18:2
    22:2,7 23:7,16
    24:2,6 25:3 26:3
**ohioattorneygen...**
    3:20,21
**okay**  6:18,23 7:12
    9:9 11:12 14:19
    15:6 16:5 17:10
    17:14,25
**oldest**  7:20
**operate**  7:8
**options**  10:3
**order**  8:16 14:4
**organization**  7:13
    7:17,21 8:12,16
    10:21 11:9 12:8
    14:11 15:5
**organization's**
    10:17
**organizations**
    13:10
**outbox**  13:22
**outcomes**  13:13
**outdoors**  13:21
**outer**  16:24
**outstanding**  12:8
**overarching**  7:22
    8:18 10:1

             **p**

**p.m.**  1:21 20:22
**page**  24:14,16 26:7
    27:3
**pandemic**  19:18
**paragraph**  18:3
    19:11
**park**  3:6
**part**  8:3 11:8 17:5
    26:9

**party**  23:3
**passed**  12:6
**pchaudhuri**  2:20
**pennsylvania**  2:9
**people**  9:4 12:22
    12:25 13:1,4,15,18
    18:10
**perceiving**  10:5
**percent**  12:22
**period**  9:4
**person**  11:20
    15:16 19:4
**personally**  11:14
    25:11 26:15
**philadelphia**  2:9
**philip**  1:5
**phillip**  24:6 25:3
    26:3
**phone**  24:3
**place**  8:22 11:3
    14:18 22:20
**plaintiff**  2:3 7:13
**plaintiffs**  1:8 13:7
**plan**  11:1 15:7
**please**  24:12,12
**plus**  18:15
**point**  13:23
**policy**  9:12
**polls**  11:22
**pooja**  2:16 24:5
**possible**  20:14
**post**  10:6
**preference**  20:15
**prepared**  14:21
**presence**  22:15
**president**  7:1,6,7
    10:22 12:2
**pressure**  18:23
**primarily**  18:12
**probably**  7:19

**procedure**  6:3
    21:7 25:5 26:5
**production**  24:16
    24:17,22
**protection**  8:6
**provided**  6:2
**public**  10:25 19:15
    19:16 22:7 23:15
    25:10,18 26:15,23
    27:23
**pursuant**  21:3,6
**put**  12:23 13:2,15
    15:13,22 20:11
**putting**  11:1

              **q**

**qualified**  22:8
**question**  8:13 9:11
    9:17 10:13,14
**questions**  17:12,18
    17:24 20:18,20
**quick**  17:24

              **r**

**r**  13:17 15:14
**race**  18:8
**randolph**  1:5 24:6
    25:3 26:3
**read**  25:5,6,12
    26:5,6,17
**reading**  24:20
**really**  17:23
**reason**  24:15 26:8
    27:3
**reasons**  9:7,8 15:9
    15:10
**receipt**  24:19
**record**  17:16,19
    26:9
**reduced**  22:14
**reference**  24:8
    25:2 26:2

**referenced**  22:13
    22:18 25:11 26:15
**regarding**  21:2,11
**relative**  23:2
**remember**  16:22
**removing**  20:14
**reporter**  6:19 25:7
**reporter's**  5:9
    22:1
**represent**  18:10
**request**  26:9,11
**requested**  21:1,6
    21:10
**required**  24:25
**requirement**  18:9
**resources**  10:24
    11:7
**respect**  10:17
    12:14
**responsible**  17:8
**returned**  24:19
**review**  17:11 21:2
    21:6 24:13 25:1
    26:1
**revisit**  8:13
**richardson**  12:2
**right**  6:24 7:16
    8:10,20 11:12,17
**rights**  2:13 7:21,24
    8:5
**roberts**  1:19 5:5
    6:1,6,8 11:12
    17:21 22:10 24:9
    25:4,9 26:4,13
    27:20
**role**  6:25 8:11
**rpr**  1:24 22:6
    23:14
**rules**  6:2 21:3,7
    25:5 26:5

**s**

s   24:16 26:8,8 27:3
saying   9:22 12:11
    15:1
scare   18:24
scares   19:1
seal   23:6 25:15
    26:21
secretary   1:13
    11:4
section   3:18
security   15:9
see   12:6 17:11
sense   9:6,10 10:8
    16:14
september   1:20
    23:8 24:4
serves   18:6
set   23:6
seven   8:1
shannon   1:24 22:6
    23:14
sheet   24:14 26:7
    26:10,18 27:1
shown   24:16
signature   21:5
    23:13 24:15
signed   25:13 26:18
signing   24:20
simply   9:12 10:23
sincerely   24:21
sir   17:13,18 20:9
    20:19 24:10
sites   16:12
size   14:15
sizes   14:13
skenny   4:10
skittish   20:12
sliwinski   3:16
    15:19

small   14:15,16
social   15:16
solutions   1:22
    24:1 27:1
souls   11:22
sounded   9:21
sounds   14:6
specifically   8:14
specified   22:21
speculation   20:8
spend   10:24
spot   13:19
ss   22:3
state   1:13 7:4,6
    10:21 11:4 22:2,7
    23:15 25:10 26:15
statement   9:9
    10:12 25:13,14
    26:19,19
states   1:1
statewide   12:1
    19:7
stenotypy   22:14
stephen   4:6
street   2:8,17 3:17
    19:25 20:1
structurally   7:2
subscribed   25:10
    26:14 27:21
succeed   13:8
suffer   18:22
sugar   16:23
suite   3:6 24:2
sundays   11:22
superior   24:1
supervising   15:17
supportive   14:7
    15:5,6 16:5 19:9
sure   6:13 7:1,9,22
    7:23 8:4,6 10:11
    17:3

sworn   6:4 22:10
    25:10,13 26:14,18
    27:21

**t**

take   17:10
taken   1:22 22:20
talking   19:2
tamper   16:1
tell   6:24
testify   22:10
testimony   22:13
    22:17 25:6,7 26:6
    26:9,12
thank   6:10,12 8:10
    17:15
thanks   20:17
theodore   2:6
theodore.yale   2:11
thing   6:18
things   14:9 16:2
    18:24 19:1
think   8:18 10:1
    12:5,21,24 14:12
    14:15,17,19 15:4,9
    15:18 16:12,24
    17:17 18:2,9
thinking   13:25
    14:1
thirty   24:19
thomas   1:19 5:5
    6:1,6 17:21 22:9
    24:9 25:4,9 26:4
    26:13 27:20
three   8:21
time   9:4 10:25
    11:8 22:20
today   8:19,23
tom   17:24 20:17
town   16:25
township   16:23

transcribed   22:16
    25:7
transcript   5:1
    6:20 21:3,6,9,11
    24:12,13 25:5,12
    26:5,11,17
transcription
    22:17
transit   19:19
transportation
    19:15,17
true   22:16
truth   22:11,11,12
turnout   12:19
type   12:13,15
    18:25

**u**

understand   9:10
    11:2
understanding
    9:25
understood   9:21
uniformity   14:13
unit   12:20
united   1:1
units   7:8 10:23
    11:9
unmanned   15:22
use   6:20 19:18
utility   14:24
utterances   6:22

**v**

v   24:6 25:3 26:3
various   8:8
veritext   1:22 24:1
    24:8 27:1
veritext.com.
    24:17
view   9:12 13:23

| | |
|---|---|
| **violated**  7:24<br>**volunteer**  10:21<br>  10:21 11:8<br>**volunteers**  10:23<br>**vote**  9:1 11:3,20<br>  12:12,16,19,22<br>  13:3,17 15:3,12<br>  17:3 19:4<br>**voter**  8:6<br>**voters**  7:23,24 8:4<br>  8:4,21,24,25 9:2<br>  10:4,5,18 11:2,10<br>  11:20 13:11 14:2<br>  15:3 17:3,6 20:12<br>**voting**  8:22 20:5<br>  20:13<br>**vs**  1:10 | **works**  6:15,17<br>**written**  6:19 |
| | **y** |
| | **yale**  2:6<br>**yeah**  10:1<br>**years**  20:11<br>**yost**  3:12 |
| | **z** |
| | **zoom**  1:18 2:4,15<br>  3:4,14 4:4 15:20 |
| **w** | |
| **waived**  24:20<br>**walk**  19:25<br>**want**  8:13 12:25<br>  16:8,11,11 19:18<br>**wants**  8:16<br>**warren**  16:18<br>**washington**  2:18<br>  4:8<br>**way**  9:20 10:8<br>  14:25 19:15<br>**ways**  8:21 13:3<br>  14:2,4,25 15:17<br>**we've**  18:25 19:6<br>**whereof**  23:5<br>**wise**  10:25<br>**witness**  22:9,14,15<br>  22:18 23:5 24:9<br>  24:12 25:1,4,11<br>  26:1,4,15<br>**witness's**  21:2<br>**witness'**  24:15<br>**words**  6:20 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

Defendant's Exhibit P

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Defendant's Exhibit P