IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| A. PHILIP RANDOLPH INSTITUTE OF OHIO *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FRANK LAROSE, in his official capacity as Secretary of State of Ohio, <br><br> Defendant. | Civil Action No. 1:20-cv-01908 <br><br> Judge Dan Aaron Polster |

### INTERVENOR-DEFENDANTS' TRIAL EXHIBIT LIST

Intervenor-Defendants Donald J. Trump for President, Inc., the Ohio Republican Party, the Republican National Committee, and the National Republican Congressional Committee (the "Republican Committees") respectfully submit this exhibit list for the hearing on Plaintiffs' motion for preliminary injunction scheduled for Wednesday, September 23, 2020. The Republican Committees previously submitted these exhibits in support of its Opposition to Plaintiffs' Motion for Preliminary Injunction (Doc. 30).

| | |
|---|---|
| Int. Ex. A | Deposition Transcript of Caleb Faux (Sept. 11, 2020) |
| Int. Ex. B | Directive 2020-07 (Mar. 27, 2020) |
| Int. Ex. C | Michael T. Morley, Election Emergency Redlines |
| Int. Ex. D | *Building Confidence In U.S. Elections*, Report Of The Commission On Federal Election Reform (Sept. 2005) |
| Int. Ex. E | Minutes of Board Meeting on May 11, 2020, Cuyahoga County Board of Elections |

| | |
|---|---|
| Int. Ex. F | *Stapleton v. Thirteenth Judicial Dist. Ct.*, No. OP 20-0293 (Mont. May 27, 2020) |
| Int. Ex. G | *Nielsen v. DeSantis*, No. 4:20-cv-236-RH-MJF (N.D. Fla. June 24, 2020) |
| Int. Ex. H | Statement of Postmaster General Louis DeJoy Before Senate Committee On Homeland Security (Aug. 21, 2020) |

Dated:  September 21, 2020            Respectfully submitted,

           s/ *Stephen J. Kenny*
Christopher M. McLaughlin  (0078186)
E-mail:  cmmclaughlin@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH  44114.1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

John M. Gore (*pro hac vice*)
E-mail:  jmgore@jonesday.com
Stephen J. Kenny (*pro hac vice*)
E-mail:  skenny@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Attorneys for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 21, 2020, a copy of the foregoing Intervenor-Defendants' Trial Exhibit List was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

s/ *Stephen J. Kenny*
*Attorney for Intervenor-Defendants*