UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| A. PHILIP RANDOLPH INSTITUTE OF OHIO, et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>**FRANK LAROSE, in his official capacity as Secretary of State of Ohio,**<br><br>**Defendant.** | Case No. 1:20-cv-01908<br><br>Hon. Dan Aaron Polster |

**NOTICE OF MANUAL FILING**

Please take notice that Plaintiffs A. Philip Randolph Institute of Ohio, et al. ("Plaintiffs") have filed with the U.S. District Court for the Northern District of Ohio ("Court") audio video recordings of the September 14, 2020, and September 30, 2020, Cuyahoga County Board of Elections meetings.

The audio video recordings have not been filed with the Court through its CM/ECF system, as the audio video recordings cannot be converted into an electronic format that the ECF system will accept; and the videos are more than 5 MB. Therefore, Plaintiffs make this manual filing, their being excused from filing these audio video recordings through CM/ECF.

1

The Court's Clerk's Office has suggested that this Notice of Manual Filing be filed as an event of "Notice (atty)", as neither the undersigned nor the Clerk's Office could find any specific event of "Notice of Manual Filing (atty)", or any event similar..

Respectfully submitted,

*/ James Schuster /*
James Schuster (Ohio Bar No. 0065739)
JSA LLP
2355 Bellfield Ave.
Cleveland Heights, OH 44106
Telephone: (216) 882-9999
jschuster@OHcounsel.com


Jon Greenbaum
Ezra D. Rosenberg
Pooja Chaudhuri
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

Subodh Chandra (Ohio Bar No. 0069233)
Donald P. Screen (Ohio Bar No. 0044070)
Brian D. Bardwell (Ohio Bar No. 0098423)
THE CHANDRA LAW FIRM LLC
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
Telephone: (216) 578-1700
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com
Brian.Bardwell@ChandraLaw.com

Freda J. Levenson (Ohio Bar No. 0045916)
ACLU OF OHIO FOUNDATION
4506 Chester Avenue
Cleveland, Ohio 44103
Telephone: (216) 472-2220

flevenson@acluohio.org

David J. Carey (Ohio Bar No. 0088787)
ACLU OF OHIO FOUNDATION
1108 City Park Avenue, Suite 203
Columbus, Ohio 43206
Telephone: (614) 586-1972 x2004
dcarey@acluohio.org

Neil A. Steiner (pro hac vice forthcoming)
Mariel Bronen
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10019
Telephone: (212) 689-3500
neil.steiner@dechert.com

Erik Snapp
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone: (312) 646-5800
erik.snapp@dechert.com

Lindsey B. Cohan
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 394-3000
lindsey.cohan@dechert.com

Theodore Yale
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, Pennsylvania 19104
Telephone: (215) 994-4000
theodore.yale@dechert.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 1, 2020, a true and correct copy of the foregoing, Notice of Manual Filing, was furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filling to all counsel of record.

                                                               */ James Schuster /*