# EXHIBIT A

# Cuyahoga County Board of Elections
# Vote-by-Mail Ballot Collection Plan

## Purpose
To offer the voters of Cuyahoga County with expanded options to deliver their Vote-by-Mail (VBM) Ballot Applications and Voted Ballots to the Director of the Board of Elections.

## Background
The Cuyahoga County Board of Elections (CCBOE) is a leader in the State of Ohio for the number of Vote-by-Mail (VBM) Ballots requested and received for any given election. This is definitely true for a Presidential General Election. We anticipate a significant increase in the utilization of VBM voting for the November 3, 2020 Presidential General Election. This prediction is based on the fact that the CCBOE has received over 140,000 VBM Ballot Applications as of September 1, 2020, in advance of voters receiving and being able to submit the Secretary of State Statewide VBM Ballot Application. This is an unprecedented operational situation as the CCBOE had only received 2,831 VBM Ballot Applications in comparison to previous Presidential General Election on September 1, 2016. It was not until September 27, 2016 that the CCBOE surpassed the 140,000 VBM Ballot Application threshold.

During the 2020 Spring Primary Election, the CCBOE witnessed large and increased volumes of voters personally delivering their completed VBM Ballot Applications and Ballots to the CCBOE permanent drop box located at 2925 Euclid Avenue. The voluminous amount of voters converging to the CCBOE resulted in logistical challenges and at times posed a safety risk to both voters dropping off their ballots and those participating in Early In-Person (EIP) Voting.

In the past few weeks there have been national stories regarding the funding, decommission of equipment, reduction of operational hours and other changes to operations at the United States Postal Service (USPS). These national news stories are having a tremendous local impact on voter confidence in USPS operations. From the CCBOE's conversations with different voter advocacy groups, there is a push to encourage voters to personally return their VBM Ballot Applications and Ballots versus placing them in the mail. This will exacerbate the challenges the CCBOE endured during the 2020 Spring Primary Election.

## Permanent Ballot Drop Box
In accordance with SOS Directive 2020-16, the CCBOE is limited to only one (1) permanently installed, secure drop box outside of its office located at 2925 Euclid Avenue, Cleveland, Ohio 44115. This drop box is monitored by security surveillance 24/7 and voters have access to deposit documents in the drop box 24/7.

## Temporary VBM Ballot Collection Plan
For the November 3, 2020 Presidential General Election, the CCBOE will be dispatching bi-partisan teams of the two (2) major political parties during the Absentee Voting period to defined locations throughout Cuyahoga County to collect ballot applications and ballots to return them to the attention of the Director of the Board of Elections. Our goal is to send at least four (4) individuals to each of the temporary collection locations.

To best advertise and educate voters on this process, the CCBOE is establishing set hours and locations for this initiative. Depending on operations, the terms of the process may be modified. The CCBOE's Election and

Compliance Administrator will have oversight of the day-to-day operations of this process. This plan consists of two main collection groupings, libraries and the CCBOE Office.

## Hours of temporary collection of VBM Ballots at libraries

Commencing on October 13, 2020, the CCBOE will staff the temporary collection locations on Tuesdays, Thursdays and Saturdays from 12:00 p.m. to 6:00 p.m.  The corresponding dates are as follows:
- Tuesdays  – October 13, 20, 27
- Thursdays – October 15, 22, 29
- Saturdays – October 17, 24, 31

## Locations of library temporary collection sites for VBM Ballots

The CCBOE will utilize a combination of Cuyahoga County and Cleveland Public Libraries for this process. The same locations will be utilized and staffed by the CCBOE on the aforementioned nine (9) dates. The locations are as follows:

Cuyahoga County Libraries:
- Fairview Park Branch – 21255 Lorain Road
- North Royalton Branch – 5071 Wallings Road
- S. Euclid-Lyndhurst Branch – 1876 S. Green Road

Cleveland Public Libraries:
- South Brooklyn Branch – 4303 Pearl Road
- Harvard-Lee Branch – 16918 Harvard Avenue
- Glenville Branch – 11900 St. Clair Avenue

## Hours and location for the temporary collection of VBM Ballots at the CCBOE

To complement the permanent drop off box located at the CCBOE's Office, we will also have a temporary site for collecting VBM Ballots in the parking lot at the Campus International High School located at 3100 Chester Avenue.

This location will be staffed and open for VBM Ballot collection all hours the CCBOE is open for EIP Voting starting on Tuesday October 13, 2020. The hours of operation for this collection site are as follows:
- Weekdays, October 13 – October 16, 8:00 a.m. – 5:00 p.m.
- Weekdays, October 19 – October 23, 8:00 a.m. – 6:00 p.m.
- Saturday, October 24, 8:00 a.m. – 4:00 p.m.
- Sunday, October 25, 1:00 p.m. – 5:00 p.m.
- Weekdays, October 26 – October 30, 8:00 a.m. – 7:00 p.m.
- Saturday, October 31, 8:00 a.m. – 4:00 p.m.
- Sunday, November 1, 1:00 p.m. – 5:00 p.m.

Additionally, this temporary location will be staffed:
- Monday, November 2, 8:00 a.m. – 7:30 p.m.
- Tuesday, November 3, 8:00 a.m. – 7:30 p.m.

