

Cuyahoga County Board of
Elections Meeting
(September 14, 2020)

