# EXHIBIT G

 Gmail                    **Subodh Chandra <subodh.chandra@chandralaw.com>**

---

# FW: Cuyahoga County Board of Elections' Vote

---

**Chappell, Inajo Davis** <ichappell@ulmer.com>                    Mon, Sep 14, 2020 at 1:51 PM
To: Subodh Chandra <subodh.chandra@chandralaw.com>

FYI

**Inajo Davis Chappell**



DIRECT: 216.583.7140
DIRECT FAX: 216.583.7141
MOBILE: 216.401.2057
ichappell@ulmer.com  |  bio  |  vCard

**Ulmer & Berne LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
MAIN: 216.583.7000
Ulmer.com



---

ULMER & BERNE LLP - CONFIDENTIAL COMMUNICATION

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity
to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the email to the
intended recipient, please be advised that you have received this email in error and that any use, dissemination,
forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this
email in error, please immediately notify us by telephone at 216.583.7000 or by reply email to the sender. Please
delete this email and its attachments from your system and do not retain any copies. You will be reimbursed for
reasonable costs incurred in notifying us.

---

**From:** Anthony W. Perlatti <aperlatti@cuyahogacounty.gov>
**Sent:** Monday, September 14, 2020 1:28 PM

**To:** Chappell, Inajo Davis <ichappell@ulmer.com>; jhastings@hastingslegal.net; Rob Frost <rob@capitolpartnersohio.com>; Dave Wondolowski (davew@cbctc.org) <davew@cbctc.org>
**Cc:** Shantiel Soeder <ssoeder@cuyahogacounty.gov>; Musson, Mark R. <mmusson@prosecutor.cuyahogacounty.us>
**Subject:** FW: Cuyahoga County Board of Elections' Vote


Please see the email from Mandi Grandjean prohibiting us from moving forward with the temporary VBM Ballot plan that passed today.

-Tony


**Anthony W. Perlatti**

**Director**

The Cuyahoga County Board of Elections

2925 Euclid Avenue, Cleveland, Ohio  44115

Direct Dial:  216-443-6677

Email:  aperlatti@cuyahogacounty.gov

www.443vote.us

‐




---

**From:** Grandjean, Amanda [mailto:agrandjean@OhioSOS.Gov]
**Sent:** Monday, September 14, 2020 1:19 PM
**To:** Cuyahoga <Cuyahoga@OhioSOS.Gov>
**Cc:** Shantiel Soeder <ssoeder@cuyahogacounty.gov>; Anthony W. Perlatti <aperlatti@cuyahogacounty.gov>
**Subject:** Cuyahoga County Board of Elections' Vote

Good afternoon Members of the Cuyahoga County Board of Elections,

It has come to our attention that the Cuyahoga County Board of Elections met today and voted to direct staff members of the Cuyahoga County Board of Elections to maintain six fully staffed ballot drop off locations around the county every Tuesday, Thursday, and Saturday 12-6 p.m. from October 13 through October 31. Notwithstanding R.C. 3509.08, R.C. 3509.05(A) provides that an absentee ballot can be returned to the board only via mail or by the voter (or designated relatives) personally delivering it "to the director" and "in no other manner." Because the issue of voters personally delivering their absentee ballots to any location *other* than the director's office is central to the two pending cases of *Ohio Democratic Party, et al. v. LaRose*, Case No. 20-CV-5634 (Franklin County, Ohio) and *A. Phillip Randolph Institute of Ohio, et al., v. LaRose,* Case No. 1:20-cv-01908 (N.D. Ohio) the Cuyahoga County Board of Elections is prohibited from implementing this motion until instructed otherwise by the Secretary of State's Office, depending upon the outcome of the pending litigation.

Thanks,

Mandi

**Amanda M. Grandjean, Esq.** | **Director of Elections and Deputy Assistant Secretary of State**
Office of the Ohio Secretary of State

**O:** 614.466.3899
**C:** 330.412.4467
OhioSoS.gov

**Confidentiality Notice:** This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone. Thank you.