# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| A. PHILIP RANDOLPH INSTITUTE OF OHIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK LAROSE, in his official capacity as Secretary of State of Ohio,<br><br>Defendant. | Case No. 1:20-cv-01908<br><br>Hon. Dan Aaron Polster |

### PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING SCHEDULE FOR MOTION FOR RECONSIDERATION

Plaintiffs A. Philip Randolph Institute of Ohio, et al., ("Plaintiffs") respectfully move that this U.S. District Court for the Northern District of Ohio ("Court") order an expedited briefing schedule as to Plaintiffs' Motion for Reconsideration of the of Opinion and Order Dismissing Case Without Prejudice. Dkt. No. 89. Plaintiffs propose that Defendant Frank LaRose, in his official capacity as Secretary of State for the State of Ohio, ("Defendant") be required to file a response to Plaintiffs' Motion for Reconsideration by 12:00 PM EST, Saturday, October 10, 2020, with Plaintiffs to file a reply by 12:00 PM EST, Sunday, October 11, 2020.

An expedited schedule is necessary because of constitutional concerns raised by Defendant's August 12, 2020, Directive 2020-16, which have not been resolved. If not resolved in an expedited manner, Directive 2020-16 stands to negatively impact Ohio voters during the 2020 general election and during the early-voting period, which began on October 6, 2020.

The sooner county boards of elections know that they will be able to set up drop box locations beyond one per county located at or directly outside the offices of county boards of elections, fewer Ohioans will experience disenfranchisement as a result of Defendant's equal protection and other constitutional rights violations.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that their Motion for Order for Expedited Briefing Schedule be granted.

Dated: October 8, 2020

Respectfully submitted,

*/s/ James Schuster*
James Schuster (Ohio Bar No. 0065739)
JSA LLP
2355 Bellfield Ave.
Cleveland Heights, OH 44106
Telephone: (216) 882-9999
jschuster@OHcounsel.com

Jon Greenbaum
Ezra D. Rosenberg
Pooja Chaudhuri
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

Subodh Chandra (Ohio Bar No. 0069233)
Donald P. Screen (Ohio Bar No. 0044070)
Brian D. Bardwell (Ohio Bar No. 0098423)
THE CHANDRA LAW FIRM LLC
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
Telephone: (216) 578-1700
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com
Brian.Bardwell@ChandraLaw.com

Freda J. Levenson (Ohio Bar No. 0045916)
ACLU OF OHIO FOUNDATION
4506 Chester Avenue
Cleveland, Ohio 44103
Telephone: (216) 472-2220
flevenson@acluohio.org

David J. Carey (Ohio Bar No. 0088787)
ACLU OF OHIO FOUNDATION
1108 City Park Avenue, Suite 203
Columbus, Ohio 43206
Telephone: (614) 586-1972 x2004
dcarey@acluohio.org

Neil A. Steiner
Mariel R. Bronen
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10019
Telephone: (212) 689-3500
neil.steiner@dechert.com
mariel.bronen@dechert.com

Erik Snapp
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone: (312) 646-5800
erik.snapp@dechert.com

Lindsey B. Cohan
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 394-3000
lindsey.cohan@dechert.com

Theodore E. Yale
DECHART LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
theodore.yale@dechert.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| A. PHILIP RANDOLPH INSTITUTE OF OHIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK LAROSE, in his official capacity as Secretary of State of Ohio,<br><br>Defendant. | Case No. 1:20-cv-01908<br><br>Hon. Dan Aaron Polster |

## **[PROPOSED] ORDER**

AND NOW, this ___ day of October, 2020, upon consideration of Plaintiffs' Motion for Order for Expedited Briefing Schedule, it is hereby ORDERED that the Plaintiffs' Motion is GRANTED. Defendant Frank LaRose, in his official capacity as Secretary of State for the State of Ohio, shall file any response to Plaintiff's Motion for Reconsideration by 12:00 PM EST, Saturday, October 10, 2020, and Plaintiffs shall file any reply in support by 12:00 PM EST, Sunday, October 11, 2020. IT IS SO ORDERED.

 

_____
Hon. Dan Aaron Polster
United States District Judge

**CERTIFICATE OF SERVICE**

    I CERTIFY that on October 8, 2020, a true and correct copy of the foregoing was furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filling to all counsel of record.

<u>/ James Schuster /</u>
James Schuster (Ohio Bar No. 0065739)
JSA LLP
2355 Bellfield Ave.
Cleveland Heights, OH 44106
Telephone: (216) 882-9999
jschuster@OHcounsel.com
