IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO (CLEVELAND)

| | | |
|---|---|---|
| A. PHILIP RANDOLPH INSTITUE OF OHIO, et. al. | : : : | |
| *Plaintiffs*, | : : | CASE NO. 1:20-cv-01908 |
| v. | : : | JUDGE POLSTER |
| FRANK LAROSE, in his official capacity as Secretary of State of Ohio, | : : : : | |
| *Defendant.* | : : : | |

## DEFENDANT'S NOTICE OF APPEAL

Defendant Ohio Secretary of State Frank LaRose in the above-captioned action hereby gives notice of his appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Doc. No. 91 entered by the Court on October 8, 2020.

This appeal is taken under 28 U.S.C. § 1292.

Respectfully submitted this 8th day of October, 2020.

                                           Respectfully submitted

                                           DAVE YOST
                                           Ohio Attorney General

                                           */s/ Bridget C. Coontz*
                                           BRIDGET C. COONTZ (0072919)
                                           Chief, Constitutional Offices Section
                                           CHARLES MILLER (0073844)
                                           Deputy Chief Counsel
                                           *Counsel of Record*
                                           MICHAEL SLIWINSKI (0076728)

Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
Bridget.coontz@ohioattorneygeneral.gov
Charles.Miller@ohioattorneygeneral.gov
Michael.Sliwinski@ohioattorneygeneral.gov

*Counsel for Defendant Ohio Secretary of State Frank LaRose*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2020, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

*/s/ Bridget C. Coontz*
BRIDGET C. COONTZ (0072919)
Chief, Constitutional Offices Section