**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| A. PHILIP RANDOLPH INSTITUTE OF OHIO *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK LAROSE, in his official capacity as Secretary of State of Ohio,<br><br>Defendant. | Civil Action No. 1:20-cv-01908<br><br>Judge Dan Aaron Polster |

**<u>INTERVENOR-DEFENDANTS' NOTICE OF APPEAL</u>**

Intervenor-Defendants Donald J. Trump for President, Inc., the Ohio Republican Party, the Republican National Committee, and the National Republican Congressional Committee hereby give notice of their appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order (Doc. 91) entered by the Court on October 8, 2020.

This appeal is taken under 28 U.S.C. § 1292.

Dated: October 9, 2020

Respectfully submitted,

s/ *John M. Gore*

Christopher M. McLaughlin (0078186)
E-mail: cmmclaughlin@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

John M. Gore (*pro hac vice*)
E-mail: jmgore@jonesday.com
Stephen J. Kenny (*pro hac vice*)
E-mail: skenny@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Attorneys for Intervenor-Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 9, 2020, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ John M. Gore*
*Attorney for Intervenor-Defendants*