# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

A. PHILIP RANDOLPH INSTITUTE OF OHIO, *et al.*,

        Plaintiffs,

v.

FRANK LAROSE, in his official capacity as Secretary of State of Ohio,

        Defendant.

Case No. 1:20-cv-01908

Hon. Dan Aaron Polster

## <u>NOTICE OF STIPULATED DISMISSAL</u>

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties stipulate to the dismissal of all claims herein as against Frank LaRose, in his official capacity as Ohio Secretary of State, with prejudice and without costs and fees to any party.  The dismissal of this case will automatically dissolve the previously entered injunction. *See Rodriquez v. 32nd Legislature of Virgin Islands*, 859 F.3d 199, 207 (3d Cir. 2017).

Dated: October 22, 2020                 Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ Bridget C. Coontz*
Bridget C. Coontz (0072919)
Chief, Constitutional Offices Section
Charles Miller (0073844)
Deputy Chief Counsel
*Counsel of Record*
Michael Sliwinski (0076728)
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
Bridget.coontz@ohioattorneygeneral.gov
Charles.Miller@ohioattorneygeneral.gov
Michael.Sliwinski@ohioattorneygeneral.gov
*Counsel for Defendant Ohio Secretary of State*
*Frank LaRose*

*/s/ John M. Gore*
Christopher M. McLaughlin (0078186)
E-mail: cmmclaughlin@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue Cleveland, OH 44114.1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

John M. Gore (*pro hac vice*)
E-mail: jmgore@jonesday.com
Stephen J. Kenny (*pro hac vice*)
E-mail: skenny@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Attorneys for Intervenor-Defendants*

*/s/ Jon Greenbaum*
Jon Greenbaum
Ezra D. Rosenberg
Pooja Chaudhuri
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

Subodh Chandra (0069233)
Donald P. Screen (0044070)
Brian D. Bardwell (0098423)
THE CHANDRA LAW FIRM LLC
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
Telephone: (216) 578-1700
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com
Brian.Bardwell@ChandraLaw.com

Freda J. Levenson (0045916)
ACLU OF OHIO FOUNDATION
4506 Chester Avenue
Cleveland, Ohio 44103
Telephone: (216) 472-2220
flevenson@acluohio.org

David J. Carey (0088787)
ACLU OF OHIO FOUNDATION
1108 City Park Avenue, Suite 203
Columbus, Ohio 43206
Telephone: (614) 586-1972 x2004
dcarey@acluohio.org

Neil A. Steiner
Mariel R. Bronen
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas

New York, New York 10019
Telephone: (212) 689-3500
neil.steiner@dechert.com
mariel.bronen@dechert.com

Erik Snapp
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone: (312) 646-5800
erik.snapp@dechert.com

Lindsey B. Cohan
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 394-3000
lindsey.cohan@dechert.com

Theodore E. Yale
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
theodore.yale@dechert.com

Jim Schuster (0065739)
JSA LLP
2355 Bellfield Ave.
Cleveland Heights, OH 44106
Telephone: (216) 882-9999
jschuster@OHcounsel.com


*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I CERTIFY that on October 22, 2020, a true and correct copy of the foregoing was furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filling to all counsel of record.

*/s/ Jon Greenbaum*