|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF OHIO<br>EASTERN DIVISION** | Approved.<br>It is SO ORDERED.<br>s/Dan Aaron Polster<br>United States District Judge<br>Oct. 23, 2020 |
| A. PHILIP RANDOLPH INSTITUTE OF OHIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK LAROSE, in his official capacity as Secretary of State of Ohio,<br><br>Defendant. | Case No. 1:20-cv-01908<br><br>Hon. Dan Aaron Polster |

## NOTICE OF STIPULATED DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties stipulate to the dismissal of all claims herein as against Frank LaRose, in his official capacity as Ohio Secretary of State, with prejudice and without costs and fees to any party.  The dismissal of this case will automatically dissolve the previously entered injunction.  *See Rodriquez v. 32nd Legislature of Virgin Islands*, 859 F.3d 199, 207 (3d Cir. 2017).

Dated: October 22, 2020                                             Respectfully submitted,